I want to file a Motion of
Nunc Pro tunc

I asking the court to sent me my personal wheelchair. There providing me one that is cause me Bed sore and Hurting my body. Also under ADA they need to make accommodation to Policy, Producer, to accomate any Disability.

I want to file another motion of Nunc Pro tunc. To get a Pacific Pain medicine that is a narcotic That I take in the community Due to my spinel Cord injury and Having a bullet in my spine. They give other Inmate narcotic Pain medicine for there cancer. But will not for me and I have to fight and sit in extreme Pain. I need you to addres this please.

File under Criminal Case

I Maraia Rankis asking the court to grant me cousel under $3006A. Chapter 201. I qualify under 1 or more statues in this section

Also I would like the Court to grant me my Property Back the USA Attorney is making assumption of the ~~them facts of my property. I gave the government~~ Proof of were the money came from you can ask the government for it. They listed that I did.

Also I went to the Bank a day before I was arrest the property that was took was money from a insurance claim the evidence I gave the government will say that. I withdrawd that money the day before the arrest in all 50's Dollar Bills if you look at the money you will be able to tell it came from Bank on the Condition of the money you can't get them in that conditions if it were drug money how the government says.

There Burden of Proff is togood couse the criminal offense I was arrest with was a Gun, Nuthing Else.

   I am a Innocent owner
I want to file a motion under (8) Proportionality

I Martin Ramsey Do not know How to Represent myself in this civil forfeiture claim 4:24-CV-435. This is to complex for me to understand it clear shows, If the government is striking my claim, I need help from a lawyer. I'm asking the court ~~to grant~~ me a lawyer, to help represent me. I Do not understand this process at all. The government is using that against me. I stated and Proven were I got the money. Did the court see that? This case were I went to Jail and got a federal conviction has nothing to do with Drugs. So I Don't see how the gov. said this was drug money. I Have a right to a 7th amendment in a Jury trial. Can the courts Please look at the Document I sent ~~the gov.~~ and rule on that I did indeed show were I got ~~the~~ money. The gov. is siding on what IF not actual fact, cause I Proven were it came from. So If not I need a lawyer to help me cause I Don't understand

Marvin Renkens

I want to file a motion under Venue and Jurisdiction I believe the federal attorney Does not Have Jurisdiction to seize my Property Because the warrant was a state warrant And the federal Goverment Just Pick up a firearm. They have no authority to seize my Property.    (C.V.) 4:24-cv-135,

Marcin Ren[...] #6116[...]
IMCC
2700 Coralridge Ave.
Coralville, IA 52241

"X-RAYED & CLEARED BY U.S.M.S. GC

CEDAR RAPIDS IA 522

FOREVER / USA

Clerck of court for Southern
123 e walnut ste Room 300
Des moines, IA 50308

NOTICE: This Correspondence was mailed from an institution of the Iowa Department of Corrections

50309-204075