I Marcus Rankins. My Interest for the money That I obtained the 5,500 from an Insurance Settlement. It was more than that the settlement. I'm Having my family go get another Bank statement. I withdraw the money the Day Before, I got arrested. I'm asking the court to look at the money. The way the money is presented in all 50's, Is only ing way a Bank can distribute it. like the texture on how new the bills were. I'm also ask the court to look at the Document, I had given Craig. To support my claim. Yall need to see the evidence I provide to craig. I Don't think He showed you the evidence, I think its a Value Piece You need to see to support my claim.

I would also like a lawyer. If this claim Doesn't go threw. Because I Don't know what Yall are asking me to Do. I'm Not understanding. What it is you want. I Don't want to find myself in truble with the law are anything to use against me by Not Understanding what yall want. to Protect myself.

Also I want to File a motion for Jusrdition/Venue Do Yall Have authority to even pursue this Because this was seized due to a state case.

*[Signature]*

RECEIVED
FEB 28 2025
CLERK
SOUTHERN DISTRICT COURT
DISTRICT OF IOWA

Marain Rankin ~~#6763~~
IMCC
2706 Coral Ridge Ave
Coralville, IA 52241

"X-RAYED & CLEARED BY ..."



FOREVER / USA

Clerk of Court
United States District Court for
Southren District of Iowa
123. e walnut St Room 300
Des moines, IA 50309

NOTICE: This Correspondence was mailed from an institution of the Iowa Department of Corrections

50309-208499