# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **MARAIN LARAYONDA RANKINS,**<br><br>　Plaintiff,<br><br>vs.<br><br>**DR. TESSIER; DR. STACY; NAPHCARE; SUPERVISOR AMBER; NURSE KAITLYNN; ASHTON VANHORN, NURSE LIZ; POLK COUNTY JAIL; POLK COUNTY; NURSE MICHAEL; NURSE SANDY; NURSE BAILEY; CO KYLE; NURSE MARY; KEVIN SCHIDNER; LT. DEVINE; NURSE JOHN DOES; DEPUTY OFFICER JOHN DOE; and CO JOHN DOE,**<br><br>　Defendants. | Case No: 4:24-cv-00139-RGE-WPK<br><br><br>**APPEARANCE OF<br>BRIANNA L. LONG** |

　Brianna L. Long of the firm of Nyemaster Goode, P.C. hereby enters her appearance on behalf of Defendants NaphCare, Dr. Tessier, Dr. Stacy, Supervisor Amber, Nurse Kaitlynn, Ashton Vanhorn, Nurse Liz, Nurse Michael, Nurse Sandy, Nurse Bailey, and Nurse Mary in the above matter.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Brianna L. Long*
　　　　　　　　　　　　　　　　　　　　　　Brianna L. Long　　AT0013958
　　　　　　　　　　　　　　　　　　　　　　Dana W. Hempy　　AT0014934
　　　　　　　　　　　　　　　　　　　　　　NYEMASTER, GOODE, P.C.
　　　　　　　　　　　　　　　　　　　　　　700 Walnut Street, Suite 1300
　　　　　　　　　　　　　　　　　　　　　　Des Moines, IA  50309
　　　　　　　　　　　　　　　　　　　　　　Telephone: (515) 283-3100
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (515) 283-8045
　　　　　　　　　　　　　　　　　　　　　　E-Mail: blong@nyemaster.com
　　　　　　　　　　　　　　　　　　　　　　E-Mail: dhempy@nyemaster.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**

**DR. TESSIER, DR. STACY NAPHCARE, SUPERVISOR AMBER, NURSE KAITLYNN, ASHTON VANHORN, NURSE LIZ, NURSE MICHAEL, NURSE SANDY, NURSE BAILEY, AND NURSE MARY**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on July 7, 2025. A true and correct copy was also sent via U.S. Mail to the following non-ECF participants:

Marain Larayonda Rankins
#6716209
Iowa Medical and Classification Center
2700 Coral Ridge Avenue
Coralville, IA 52241

/s/ *Mari Seei*