# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **MARAIN LARAYONDA RANKINS,**<br><br>Plaintiff,<br><br>vs.<br><br>**DR. TESSIER; DR. STACY; NAPHCARE; SUPERVISOR AMBER; NURSE KAITLYNN; ASHTON VANHORN, NURSE LIZ; POLK COUNTY JAIL; POLK COUNTY; NURSE MICHAEL; NURSE SANDY; NURSE BAILEY; CO KYLE; NURSE MARY; KEVIN SCHIDNER; LT. DEVINE; NURSE JOHN DOES; DEPUTY OFFICER JOHN DOE; and CO JOHN DOE,**<br><br>Defendants. | Case No: 4:24-cv-00139-RGE-WPK<br><br>**APPEARANCE OF DANA W. HEMPY** |

Dana W. Hempy of the firm of Nyemaster Goode, P.C. hereby enters her appearance on behalf of Defendants NaphCare, Dr. Tessier, Dr. Stacy, Supervisor Amber, Nurse Kaitlynn, Ashton Vanhorn, Nurse Liz, Nurse Michael, Nurse Sandy, Nurse Bailey, and Nurse Mary in the above matter.

                                                                                 */s/ Dana W. Hempy*
                                                                                 Brianna L. Long    AT0013958
                                                                                 Dana W. Hempy    AT0014934
                                                                                 NYEMASTER, GOODE, P.C.
                                                                                 700 Walnut Street, Suite 1300
                                                                                 Des Moines, IA  50309
                                                                                 Telephone: (515) 283-3100
                                                                                 Facsimile:  (515) 283-8045
                                                                                 E-Mail: blong@nyemaster.com
                                                                                 E-Mail: dhempy@nyemaster.com

                                                                                 **ATTORNEYS FOR DEFENDANTS**

**DR. TESSIER, DR. STACY NAPHCARE, SUPERVISOR AMBER, NURSE KAITLYNN, ASHTON VANHORN, NURSE LIZ, NURSE MICHAEL, NURSE SANDY, NURSE BAILEY, AND NURSE MARY**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on July 7, 2025.  A true and correct copy was also sent via U.S. Mail to the following non-ECF participants:

Marain Larayonda Rankins
#6716209
Iowa Medical and Classification Center
2700 Coral Ridge Avenue
Coralville, IA 52241

/s/ *Mari Seei*