Marin RANKINS | Case No: 4;24-cv-00139-RGe-wPK
vs
NAPHCare

---

I Am Dissmissing the NAPHCare case. I Dont understand it Dont Have attorney. An cant Do it. I Dont want to proceed. At this time.

RECEIVED
OCT 0 7 2025
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

RYAN RANKINS

10870
stitution
246

Clerk of United States District Court
US Court House
P.O. Box 9344
Des Moines, IA 50306-9344

76-934444