UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARAIN LARAYONDA RANKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. TESSIER; DR. STACY; NAPHCARE; SUPERVISOR AMBER; NURSE KAITLYNN; ASHTON VANHORN, NURSE LIZ; POLK COUNTY JAIL; POLK COUNTY; NURSE MICHAEL; NURSE SANDY; NURSE BAILEY; CO KYLE; NURSE MARY; KEVIN SCHIDNER; LT. DEVINE; NURSE JOHN DOES; DEPUTY OFFICER JOHN DOE; and CO JOHN DOE,<br><br>    Defendants. | Case No: 4:24-cv-00139-RGE-WPK<br><br>**DEFENDANTS DR. TESSIER, NURSE SANDY, SUPERVISOR AMBER, DR. STACY, NURSE MICHAEL, ASHTON VANHORN, NURSE BAILEY, NURSE LIZ, AND NURSE MARY'S NOTICE OF NON-RESISTANCE TO PLAINTIFF'S MOTION TO DISMISS** |

**COME NOW** Defendants Dr. Tessier, Nurse Sandy, Supervisor Amber, Dr. Stacy, Nurse Michael, Ashton Vanhorn, Nurse Bailey, Nurse Liz, and Nurse Mary (the "NaphCare Defendants"), pursuant to Federal Rule of Civil Procedure 41, hereby provide this notice of non-resistance to Plaintiff's motion to dismiss his claims:

1. Plaintiff initiated this action on April 17, 2024. ECF 1. Plaintiff later amended his complaint on November 20, 2024. ECF 6.

2. The Court entered its Initial Review Order, permitting some of Plaintiff's claims to proceed, on June 25, 2025. ECF 9. The Court also granted Plaintiff's request for appointment of counsel. *Id.*

1

3.  On August 25, 2025, the NaphCare Defendants answered the Amended Complaint. ECF 33–43.

4.  Defendants Polk County, Iowa, CO Kyle, and Kevin Schneider filed a pre-answer motion to dismiss Plaintiff's Amended Complaint. ECF 32. To date, Plaintiff has not filed any resistance or response to this motion.

5.  On October 7, 2025, Plaintiff filed a notice with the Court stating "I am dissmissing the NaphCare case. I dont understand it don't have attorney. An cant do it. I dont want to proceed. At this time." ECF 46 (errors in original).

6.  To date, no counsel for Plaintiff has entered an appearance—likely, upon information and belief, because the Court has not been able to find counsel for Plaintiff in this action.

7.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), a plaintiff may voluntarily dismiss their claims without a Court order by a stipulation of dismissal by all parties who have appeared. Alternatively, under Rule 41 (a)(2), the Court can dismiss the action at Plaintiff's request on terms the Court "considers proper."

8.  The NaphCare Defendants hereby stipulate and provide the Court with notice that they do not resist Plaintiff's notice to dismiss his claims and request the Court dismiss this action.

WHEREFORE, the NaphCare Defendants respectfully request the Court dismiss Plaintiff's claims against them and grant further relief the Court deems proper.

/s/ Dana W. Hempy
Brianna L. Long    AT0013958
Dana W. Hempy    AT0014934
NYEMASTER, GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA  50309-3899
Telephone: (515) 283-3100
Facsimile:  (515) 283-8045
E-Mail: blong@nyemaster.com
E-Mail: dhempy@nyemaster.com
**ATTORNEY FOR DEFENDANTS DR. TESSIER, DR. STACY NAPHCARE, SUPERVISOR AMBER, NURSE KAITLYNN, ASHTON VANHORN, NURSE LIZ, NURSE MICHAEL, NURSE SANDY, NURSE BAILEY, AND NURSE MARY**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on October 9, 2025.  A true and correct copy was also sent via U.S. Mail to the following non-ECF participants:

Marain Larayonda Rankins
#6716209
Greenville - FCI
Inmate Mail/Parcels
P.O. Box 5000
Greenville, IL 62246


/s/ Dana W. Hempy