IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARAIN RANKINS,<br><br>    Plaintiff,<br>v.<br><br>DR. TESSIER; DR. STACY; NAPHCARE; SUPERVISOR AMBER; NURSE KAITLYNN; ASHTON VANHORN; NURSE LIZ; POLK COUNTY; NURSE MICHAEL; NURSE SANDY; NURSE BAILEY; CO KYLE; NURSE MARY; and KEVIN SCHNEIDER,<br><br>    Defendants. | Case No. 4:24-cv-00139-RGE-WPK<br><br><br>DEFENDANTS POLK COUNTY, CO KYLE, AND KEVIN SCHNEIDER NOTICE OF NON RESISTANCE TO PLAINTIFF'S MOTION TO DISMISS |

COME NOW Defendants Polk County, Iowa, CO Kyle and Kevin Schneider (the "Polk County Defendants"), pursuant to Federal Rule of Civil Procedure 41, and hereby provide notice of their consent to Plaintiff's Motion to Dismiss his claims:

1. Plaintiff initiated this action on April 17, 2024 (ECF 1). Plaintiff later amended his complaint on November 20, 2024 (ECF 6).

2. On June 25, 2025, the Court entered its Initial Review Order, permitting some of Plaintiff's claims to proceed (ECF 9). The Court also granted Plaintiff's request for appointment of counsel. *Id.*

3. On August 22, 2025, the Polk County Defendants filed their Pre-Answer Motion to Dismiss (ECF 32). To date, the Plaintiff has not filed any resistance or response to this motion.

4. On August 25, 2025, Defendants Dr. Tessier, Dr. Stacy, NaphCare, Supervisor Amber, Nurse Kaitlynn, Ashton Vanhorn, Nurse Liz, Nurse Michael, Nurse Sandy, Nurse Bailey, and Nurse Mary filed Answers to the Amended Complaint (ECF 33-43).

5. On October 7, 2025, Plaintiff filed a notice with the Court stating "I am dismissing the NaphCare case. I dont understand it don't have attorney. An cant do it. I dont want to proceed. At this time." (ECF 46) (sic).

6. To date, no counsel for Plaintiff has entered an appearance.

7. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), a plaintiff may voluntarily dismiss his claims without a Court order by filing a stipulation of dismissal signed by all parties who have appeared.1   Alternatively, under Rule 41(a)(2), the Court can dismiss the action at Plaintiff's request on terms the Court "considers proper."

8. These Defendants do not resist Plaintiff's notice to dismiss his claims, and stipulate to said dismissal, assuming the Court determines that Plaintiff's filing seeking to dismiss this action, without contemporaneously filing a stipulation of dismissal signed by all parties, substantially complies with Rule 41(a)(1)(ii), or if the Court otherwise dismisses the action under rule 41(a)(2) or 41(b).

WHEREFORE, the Polk County Defendants respectfully request the Court dismiss Plaintiff's claims against them and for any further relief this Court deems proper.

Respectfully Submitted,

KIMBERLY GRAHAM
POLK COUNTY ATTORNEY

By   */s/ Julie Bussanmas*
Julie Bussanmas  AT0001254
Assistant Polk County Attorney
111 Court Avenue, Ste. 340
Des Moines, IA 50309
Telephone: 515-286-3341

---

1 Pursuant to Rule 41(b), any dismissal "not under this rule" is involuntary and operates as an adjudication on the merits.

        Fax:  515-286-3314
        julie.bussanmas@polkcountyiowa.gov

        */s/* Mariclare Thinnes Culver
        Mariclare Thinnes Culver     AT0001837
        Assistant Polk County Attorney
        111 Court Avenue, Suite 340
        Des Moines, IA 50309
        Telephone:  515-286-3341
        Fax:  515-286-3314
        Mari.Culver@polkcountyiowa.gov

        ATTORNEYS FOR POLK COUNTY, CO KYLE,
        AND KEVIN SCHNEIDER

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on October 13, 2025. A true and correct copy was also sent via U.S. Mail to the following non-ECF participants:

Marain Rankins
Register Number:10870-511
FCI Greenville
100 U.S. HWY 40
GREENVILLE, IL   62246

*/S/ Amber Cahill*