# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION



RECEIVED
NOV 0 3 2025
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

United States of America
_____
**Plaintiff**

Maraín Rankins
_____
**Defendant**

4:24-cv-435
_____
**District Court Docket Number**

Rebbeca Goodgame Ebinger
_____
**District Court Judge**

Notice is hereby given that Maraín Rankins appeals to the United States Court of Appeals for the Eighth Circuit from the ☒ Judgment ☐ Order entered in this action on Oct-7-2025

Ryan Rankins
_____
**Signature of Appellant/Cnsl**

Oct-22-2025
_____
**Date**

Maraín Rankins
_____
**Typed/printed Name**

FCI Greenville
PO Box 5000
_____
**Street Address**

Greenville IL 62246
_____
**City          State    Zip**

_____
**Telephone Number**

**Transcript Order Form:** ( To be completed by attorney for appellant )

Please prepare a transcript of:_____
                                (Specify)

I am not ordering a transcript because:_____
                                        (Specify)

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the US District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b))

Attorney's Signature _____   Date: _____

**NOTE: COMPLETE APPROPRIATE APPEAL SUPPLEMENT FORM**

Marvin Rank #18521-511
FCI Greenville
Federal Correctional Institution
P.O Box 5000
Greenville, IL 62246

LEGAL MAIL

SAINT LOUIS MO 630
29 OCT 2025 PM 5 L
1775 ★ 2025

X-RAYED & CLEARED BY U.S.M.S.

Clerk of United States District Court
U.S CourtHouse
P.O Box 9344
Des Moines, IA 50306