Case 4:24-cv-00139-RGE-WPK   Document 53   Filed 11/03/25   Page 1 of 4

**RECEIVED**

NOV 3 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Case 4:24-cv-00139-RGE-WPK   Document 51   Filed 10/22/25   Page 5 of 7

AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Mara'n Rankins  )
*Plaintiff Petitioner*  )
)
v.  )  Civil Action No.
USA  )
*Defendant Respondent*  )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: FCI Greenville
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends            ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments     ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments    ☒ Yes   ☐ No
(e) Gifts, or inheritances                           ☒ Yes   ☐ No
(f) Any other sources                                ☒ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Disability SSI

Family support

AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ N/A

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

Applicant's signature

McCain Perkins
Printed name

No.

## CERTIFICATE of INMATE ACCOUNT and ASSETS

I certify that the applicant, _____, has the sum of $_____ on account to his/her credit at the _____ institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution:

_____

_____

I further certify that, during the last six months, (a) the applicant's average inmate account balance was $_____, and (b) the average of the monthly deposits to the inmate account was $_____.

Based on the above inmate account information, I calculate that 20 percent of the greater of (a) or (b) above is $_____.

Attached is a certified copy of the trust fund account statement for the applicant for the last six months.

Signed this _____ day of _____, 20_____.

_____
Authorized Officer of Institution

Marvin Rankins # 10826-514
FCI Greenville
Federal Correctional Institution
P.O Box 5000
Greenville, IL 62246

LEGAL MAIL

SAINT LOUIS MO 630
29 OCT 2025 PM 5 L

X-RAYED & CLEARED BY U.S.M.S.

Clerk of United States District Court
U.S Courthouse
P.O Box 9344
Des Moines, IA 50306