I F.lling as A Poor Person
You Can use my last stuff
on file to ver.fy The courts
Did for me Before also
asking to grant me
a attorney to help me
With this cause I Am
Not an attorney Dont
Have knowledge of Resourse
to Do By myself

**RECEIVED**
NOV 3 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Marvin Rankins # 08226-511
FCI Greenville
Federal Correctional Institution
P.O Box 5000
Greenville, IL 62246

LEGAL MAIL

Clerk of United States District Court
U.S Courthouse
P.O Box 9344
Des Moines, IA 50306