IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARAIN LARAYONDA RANKINS,<br><br>Plaintiff,<br><br>vs.<br><br>DR. TESSIER; DR. STACY; NAPHCARE, SUPERVISOR AMBER; NURSE KAITLYNN; ASHTON VANHORN, NURSE LIZ; POLK COUNTY; NURSE MICHAEL; NURSE SANDY; NURSE BAILEY; CO KYLE; NURSE MARY; AND KEVIN SCHNEIDER,<br><br>Defendants. | 4:24-cv-00139-RGE-WPK<br><br>ORDER RE: PLAINTIFF'S MOTION TO APPOINT COUNSEL ON APPEAL |

Plaintiff filed a Motion to Dismiss, voluntarily dismissing his Complaint on October 7, 2025. ECF 46. The Court granted that Motion on October 21, 2025. ECF 50. He then appealed the Order granting his own Motion to Dismiss on November 3, 2025. ECF 52. Plaintiff also moves for the appointment of counsel on appeal. ECF 54.

This Court lacks the authority to appoint counsel as the case before this Court has concluded. *See Liddell v. Bd. of Educ.*, 73 F.3d 819, 822 (8th Cir. 1996) (recognizing federal district and federal courts of appeals should not assert jurisdiction over case simultaneously, and matters raised in district court after appeal has been filed are without effect) (citing *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). Therefore, the Court **DENIES** Plaintiff's Motion to Appoint Counsel but does so without prejudice to him renewing his Motion before the United States Court of Appeals for the Eighth Circuit.

**IT IS ORDERED.**
Dated: **November 4, 2025.**

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE