I Malcaim Rawkins Sentence Appeal Page
My forifite claim Not an Appeal for the
Naphcare to make a correct Yall Can Dismiss
the Naphcare Appeal Not the C.V.\ fortiure thank
You

[signature]

RECEIVED
DEC 0 1 2025
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Marain Rankins
FCI Greenville
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

SAINT LOUIS MO 630
25 NOV 2025 AM 6 L

Clerk United States of America
US Court House
PO Box 9344
Des Moines, IA 50306-9344