# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-3292

_____

Marain Larayondra Rankins

Plaintiff - Appellant

v.

Doctor Tessier; Doctor Stacy; Naphcare; Supervisor Amber; Nurse Kaitlynn; Ashton Vanhorn; Nurse Liz; Polk County; Nurse Michael; Nurse Sandy; Nurse Bailey; Captain Kyle; Nurse Mary; Kevin Schneider

Defendants - Appellees

Polk County Jail; Lieutenant Devine; Nurses John Does; Officer John Doe; Captain John Doe

Defendants

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00139-RGE)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

December 19, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler